Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs Trust Funds

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>K.M. JACKSON ENGINEERING, INC., a California corporation and KURT THOMAS MCFADDEN, an individual,<br><br>Defendants. | Case No.: C 08-03555 CRB<br><br>**PLAINTIFFS' NOTICE OF RELATED CASE; ADMINISTRATIVE MOTION TO RELATE CASES** |
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, | Case No.: C 08-03556 TEH |

– 1 –

|   | Plaintiffs, |
|---|---|
|   | v. |
|   | K.M. JACKSON ENGINEERING, INC., a California corporation and KURT THOMAS MCFADDEN, an individual, |
|   | Defendants. |

Counsel for Plaintiffs in the two actions, identified above, hereby submits this Administrative Motion to Relate Cases. Both cases are collection cases under 29 U.S.C. §§ 1132(a)(3) and 1132(e)(1) (§§ 502(a)(3) and 502(e)(1) of the Employee Retirement Income Security Act of 1974, as amended), known as ERISA.

The first matter, entitled <u>Board of Trustees of the Cement Masons Health and Welfare Trust Fund for Northern California, et al. v. K.M. Jackson Engineering, Inc., a California corporation; and Kurt Thomas McFadden, an Individual,</u> Case No. C 08 03555 CRB is a collection action brought by the Cement Masons Trust Funds against defendants for failure of the defendants to submit employee fringe benefit contributions on behalf of covered employees.

The second matter, <u>Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, et al. v. K.M. Jackson Engineering, Inc., a California corporation; and Kurt Thomas McFadden, an Individual,</u> Case No. C 08 03556 CRB is also a collection action, however, brought by the Laborers Trust Funds against defendants for failure of the defendants to submit employee fringe benefit contributions on behalf of covered employees.

The issues in these two cases are identical as they concern the obligation of the same defendants to pay into the two respective Trust Funds the employee fringe benefit contributions due and owing on behalf of their covered employees.

These cases will benefit by consolidation before a single judge. Consolidation will eliminate duplicate proceedings against the same defendants. The two Trust Funds are located in the same building and share the same auditor and management of their respective collections departments. The two Trust Funds are jointly administered. Consolidation of these two cases will promote efficiency in the use of testimony and exhibits prepared by plaintiffs Trust Funds.

PLAINTIFFS' NOTICE OF RELATED CASE; ADMINISTRATIVE MOTION TO RELATE CASES

If the matters are not consolidated, this will result in a waste of judicial resources by requiring a duplication of hearings and motions before two separate judges. Consolidation will result in the uniform application of damages against the defendants.

Based on the foregoing, the respective Trust Funds respectfully request that these cases be consolidated.

DATED: September 3, 2008

BULLIVANT HOUSER BAILEY PC

By _/s/ Ronald L. Richman_
Ronald L. Richman

Attorneys for Plaintiffs

10754666.1